IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS | ) | 4:22 CR-00186 JM-3 |
| | ) | |
| SO WELSHANS | ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL

Comes now, William O."Bill" James, Jr., of the James Law Firm, and for his Motion for Substitution of Counsel in the above case states:

1. On June 30, 2022, J. Brooks Wiggins was appointed to represent Ms. Welshans.

2. On May 1, 2023, the James Law Firm was retained to represent Ms. Welshans.

3. The Defendant Ms. Welshans, requests that J. Brooks Wiggins be relieved as counsel for the Defendant and William O. "Bill" James Jr., of the James Law firm be substituted as attorney of record and requests that all future pleadings and pertinent correspondence in this cause of action be directed from this day forward to the James Law Firm, 1001 La Harpe Blvd., Little Rock, AR 72201.

**WHEREFORE**, William O. "Bill" James, Jr., of the James Law Firm, prays that he be substituted as counsel of record for So Welshans in the above-captioned case.

Respectfully submitted,

William O."Bill" James, Jr.
Bar no. 94108
Attorney for Defendant
James Law Firm
2001 La Harpe Blvd.
(501) 375-0900
E-mail: wojfeds@gmail.com